# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | Ortiz, Miguel A | § | Case No. 04 B 24567 |
|---|---|---|---|
|  | Ortiz, Angie | § |  |
|  | Debtors | § |  |
|  |  | § |  |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/30/2004.

2) The plan was confirmed on 08/23/2004.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2008 and 04/13/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 03/06/2009.

6) Number of months from filing or conversion to last payment: 57.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $20,550.00.

10) Amount of unsecured claims discharged without full payment: $37,057.98.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,135.49 |
| Less amount refunded to debtor | $335.49 |
| **NET RECEIPTS:** | **$25,800.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,600.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,396.45 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,996.45** |
| Attorney fees paid and disclosed by debtor | NA |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Child Support Division | Priority | $400.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $3,467.00 | $3,317.50 | $3,317.50 | $3,317.50 | $430.30 |
| Fairlane Credit L.L.C. | Secured | $7,750.00 | $7,750.00 | $7,750.00 | $7,750.00 | $325.12 |
| Advocate Illinois Masonic | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Advocate Illinois Masonic | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Advocate Illinois Masonic | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Advocate Illinois Masonic | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Advocate Illinois Masonic | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Advocate Illinois Masonic | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Advocate Illinois Masonic | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $300.00 | $328.64 | $328.64 | $0 | $0 |
| Capital One | Unsecured | $600.00 | $574.23 | $574.23 | $0 | $0 |
| Card Member Services | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Centennial Medical | Unsecured | $510.00 | NA | NA | $0 | $0 |
| Children's Memorial Hospital | Unsecured | $700.00 | NA | NA | $0 | $0 |
| Children's Memorial Hospital | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Children's Memorial Hospital | Unsecured | $475.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Children's Memorial Hospital | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Children's Surgical Foundation | Unsecured | $70.00 | NA | NA | $0 | $0 |
| CitiFinancial Auto Credit Inc | Unsecured | $4,900.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,080.00 | $170.00 | $170.00 | $66.66 | $0 |
| Cubs Foods | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Dental Team | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Dependon Collections Service | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Diversified Emer Serv | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Diversified Emer Serv | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Diversified Emer Serv | Unsecured | $1,900.00 | NA | NA | $0 | $0 |
| Dominick's Finer Foods | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $5,900.00 | $5,900.69 | $5,900.69 | $2,313.85 | $0 |
| Emergency Physicians | Unsecured | $600.00 | $175.00 | $175.00 | $68.61 | $0 |
| EMSCO Mgmt Svcs | Unsecured | $100.00 | NA | NA | $0 | $0 |
| EMSCO Mgmt Svcs | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Fairlane Credit L.L.C. | Unsecured | $11,799.00 | $1,155.07 | $1,155.07 | $452.95 | $0 |
| Gateway | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Grant Hospital | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Higher Education Student Assistance | Unsecured | $9,000.00 | $8,550.30 | $8,550.30 | $3,409.44 | $0 |
| Howard I Lopata MD | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Howard I Lopata MD | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Howard I Lopata MD | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Illinois Masonic Medical Center | Unsecured | $50.00 | NA | NA | $0 | $0 |
| IMMC Radiologists, S.C. | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Ingnacio H Fornaris MD | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | $4,927.00 | $3,659.27 | $3,659.27 | $1,459.20 | $0 |
| JBC & Associates | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Jewel Osco | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Kmart Corp | Unsecured | $50.00 | NA | NA | $0 | $0 |
| M Ramez Salem | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Martha Washington Hospital | Unsecured | $160.00 | NA | NA | $0 | $0 |
| Members Advantage Credit Union | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Midwest Diangnostic | Unsecured | $20.00 | NA | NA | $0 | $0 |
| Midwest Emergency | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Midwest Pathology | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Miguel J Palacios | Unsecured | $170.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Modern American X-Ray | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Modern American X-Ray | Unsecured | $55.00 | NA | NA | $0 | $0 |
| National Capital Management | Unsecured | $400.00 | $349.77 | $349.77 | $137.14 | $0 |
| National Quick Cash | Unsecured | $800.00 | NA | NA | $0 | $0 |
| North Central Radiology | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Northside Neonatal & Infant | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Northside Radiology Services | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Northside Radiology Services | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Northwest Community Hospital | Unsecured | $450.00 | NA | NA | $0 | $0 |
| Northwest Community Hospital | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Northwest Radiology Assoc S | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Northwest Radiology Assoc S | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Northwest Suburban Anesthesiol | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $2,100.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $2,050.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $3,700.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $2,550.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $725.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Norwegian American Hospital | Unsecured | $350.00 | NA | NA | $0 | $0 |
| Norwegian Hospital ER Physicians | Unsecured | $550.00 | NA | NA | $0 | $0 |
| Pay Day Today | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $5,285.90 | $5,285.90 | $2,072.78 | $0 |
| Prime Cable | Unsecured | $150.00 | NA | NA | $0 | $0 |
| ProHealth Emergency | Unsecured | $500.00 | NA | NA | $0 | $0 |
| ProHealth Emergency | Unsecured | $1,360.00 | NA | NA | $0 | $0 |
| Rafael Campanini MD | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Ravenswood Hospital | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Richard C Turbin MD | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Spiegel | Unsecured | $200.00 | NA | NA | $0 | $0 |
| St Elizabeth's Hospital | Unsecured | $20.00 | NA | NA | $0 | $0 |
| St Elizabeth's Hospital | Unsecured | $2,765.00 | NA | NA | $0 | $0 |
| St Mary of Nazareth Hospital | Unsecured | $245.00 | NA | NA | $0 | $0 |
| Target Store/Retailers Bank | Unsecured | $150.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $350.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village of Mount Prospect | Unsecured | $200.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $7,750.00 | $7,750.00 | $325.12 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $7,750.00 | $7,750.00 | $325.12 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,317.50 | $3,317.50 | $430.30 |
| **TOTAL PRIORITY:** | $3,317.50 | $3,317.50 | $430.30 |
| **GENERAL UNSECURED PAYMENTS:** | $26,148.87 | $9,980.63 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,996.45 |
| Disbursements to Creditors | $21,803.55 |
| **TOTAL DISBURSEMENTS:** | $25,800.00 |

UST Form 101-13-FR-S (4/1/2009)

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 23, 2009                    By:   /s/ MARILYN O. MARSHALL
                                                              Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.